UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN J. FLYNN ET AL., | : | NO. 3:22-cv-1065 |
|     Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| VERIZON WIRELESS ET AL., | : | AUGUST 24, 2022 |
|     Defendants. | : | |

## NOTICE OF REMOVAL

Defendant United States Senator Richard Blumenthal[1] ("Defendant" or "Senator Blumenthal") respectfully requests the removal of this matter to the District Court. In support of this request, Defendant states as follows:

1. Defendant has been named in a lawsuit filed in the State of Connecticut Superior Court, Judicial District of Fairfield at Stamford, *John J. Flynn et al. v. Verizon Wireless et al.*, Docket No. FS1 FST-CV22-5026903-S (the "State Court Action"). A copy of the summons and complaint filed against Defendant in the State Court Action is attached hereto as **Exhibit A**.

2. The State Court Action appears to be a common law tort suit by the *pro se* plaintiff, John J. Flynn ("Plaintiff"). Plaintiff alleges that the many private companies, public officials, and other individuals named as defendants[2] "knowingly radiated every person" in the State of Connecticut by "collu[ding] to install" the fifth-generation technology standard for broadband cellular networks known as "5G." *See* Exh. A, Amended Complaint ("Compl.") at pp. 3-5. Plaintiff alleges that 5G is a "biological weapon" that causes many adverse health effects; he alleges no such injury to himself. *See id*. at p. 6. Although the complaint does not

---

[1] As will be set forth in Defendant's impending Motion to Substitute, Senator Blumenthal is improperly named as a defendant in this matter; the proper defendant is the United States of America.

[2] Plaintiff purports to bring class action claims against twelve defendants: Senator Blumenthal; communications companies Verizon Wireless, AT&T Wireless, Charter Communications, Cox Communications, and T-Mobile; and Connecticut state officials Bob Duff, Themis Klarides, Melissa Paslick, Melanie Bachman, Saud Anwar, and Nick Simmons.

clearly delineate any particular causes of action, the gravamen of Plaintiff's claims against Senator Blumenthal and other public officials sounds in common law tort, including conspiracy and "breach of oath [of] office." *See id*. at p. 8. Plaintiff requests "damages *ad infinitum*" and equitable relief. *Id*. at pp. 7-8.

3. Pursuant to 28 U.S.C. § 2679(d)(2): "Upon certification by the Attorney General that the defendant employee was acting within the scope of his office or employment at the time of the incident out of which the claim arose, any civil action or proceeding commenced upon such claim in a State court shall be removed without bond at any time before trial by the Attorney General to the district court of the United States for the district and division embracing the place in which the action or proceeding is pending. Such action or proceeding shall be deemed to be an action or proceeding brought against the United States under the provisions of this title and all references thereto, and the United States shall be substituted as the party defendant. This certification of the Attorney General shall conclusively establish scope of office or employment for purposes of removal." A certification of scope of employment pursuant to 28 U.S.C. § 2679 is attached as **Exhibit B**.

5. Based on the foregoing, Defendant hereby removes the State Court Action to the United States District Court for the District of Connecticut.

By: VANESSA ROBERTS AVERY
UNITED STATES ATTORNEY

/s/ Jillian Rose Orticelli
Jillian Rose Orticelli (ct28591)
Assistant United States Attorney
450 Main Street, Rm. 328
Hartford, CT 06103
Tel.: (860) 947-1101
Fax: (860) 760-7979
Email: Jillian.Orticelli@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by e-mail/mail service to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System. Service upon the *pro se* plaintiff was effectuated by first class mail:

JOHN J. FLYNN
31 QUANTARD AVE
NORWALK, CT 06854

/s/ Jillian Rose Orticelli
Jillian Rose Orticelli (ct28591)
Assistant United States Attorney

# EXHIBIT A

DOCKET No. FST CV 502XXX                                        SUERIOR COURT

FLYNN                                                           Date 2/25/22

VS                                                              At STAMFORD

5G    Charter Communications, BLUMENTHAL, KLARIDES Et All.

# Amended Complaint

Stamford Superior Court

Plaintiffs

1) John J. Flynn X111 (Sui Juris)

2) Meridith (Pacemaker)

CT Citizen Pro-Se collecting hundreds of testimonials and Affidavits. John Doe, Jane Doe, etc.

   A) Affidavit's Collected.

Defendants on the Electro Magnetic Spectrum and the Dangers of of Wireless Telecommunications Facilities (WTFs)

1) Verizon Wireless/Ct Corporation System/One Verizon Way Basking Ridge NJ, 07920
         Verizon Claims the phone is 39 GZH.
      Brandon Egran

2) Marissa Paslick-Gillet Vice President Public Utility Regulatory Authority (PURA) Public Utility Regulatory Authority. Pura.information.gov 10 franklin Sq, New Britain CT 06051

3) Melanie Bachman Executive director Connecticut

4) 'Nick Simmons 5G Council CT 450 Capital Ave Hartford Ct 10606
      Nick.Simmons@ct.gov

5) Paul F. Hinch Office of Policy and Management 450 capitol Ave Hartford Ct 06106 Paul.hinch@ct.gov. Siting Counsel 10 franklin Square New Britain CT 06051    860-827-2935

   Office of Policy management 45 capitol Ave Hartford 06106

6) Certificates of Environmental compatibility. Towers owned and operated within the State. Commissioner Mike Caron 10 franklin Square New Britain CT 06051 869=0- 827 1553

7) AT&T Wireless of CT          agent   Secretary of State/Daniel Reece
                                        2273 black Rock Turnpike, Suite 204,
   Fairfield Ct 06825

8) Charter Communications       Corporations services co.
                                        /Jennifer Smith 400 Atlantic Street Stamford CT
   06901

9) Cox Communications inc.      agent Secretary of State. James o Robbins.
                                        54 Hazard Ave, Suite 111 Enfield CT 06082

10) T Mobile                    12920 SE 38th St Bellevue, Washington 98006

11) US Senator Richard Blumenthal 916 Lafayette Blvd. Suite 304 Bridgeport Ct 06604
                                        (203)-330 0598 US
    Senate Commerce and Transportation Committee.

12) Served by Flynn Saud Anwar, Deputy President pro tempore/CT Public Health Vice Chair. Legislative Office Building room 2100 Hartford Ct 06106. Greenlighted Study.

13) Served by Flynn Bob Duff Chair of the Energy and Technology Committee. 50 Toilsome Ave Norwalk, CT 06851 203-8401333

14) Served by Flynn CT Minority Leader Themis Klarides 284 South Lambert Rd Orange CT 06477

15) Served by Flynn, Nick Simmons Manager of Strategic initiatives Office of the Governor. 450 capital Ave Hartford Ct 06106 (The Plausible Deniability through collusion Clause to install radiation and deploy hardware )

## AMMENDED COMPLAINT

"Flying Blind": Being sued in their individual capacities. Evidence provided by the Environmental Heath Trust and many other sources.

Private Individuals, one person of "We the people". Living breathing souls not fictitious entities. All with inalienable rights. Evidence suggests 5G is a biological weapon.

The CT Legislature, US and State Senatorial candidates were privately enriched by the electronics industry to implement a tested and dangerous form a radiation on the public during a pandemic. 5G weakens every auto-immune system during the COVID/SARS11 pandemic, both affecting the immune system.

Voltages, frequency, and wavelength/magnetic fields cause inflammation, cellular vibration and auto-immune failure.

1) Lacking my consent; the population should not have to bear the Cost of unknown Health factors. It is wrong not to require the update of FCC human exposure guideline that is 24 years old. Food cooks in your microwave at 2.4 Ghz,

2) 9 microwatts of RF Radiation harms humans. The Trumbull Mall tested at 1866 RF radiation. Seymour tested at 29,000. The Norwalk Home Depot tested at 1822 RF radiation   Cordless phones at 30 mw/m2 disrupts cardiac function. Smar

3) Smart Meters are running at 400 mw/m2. The US Government Public exposure limit public exposure guideline was set at 10,000 Mw/M2.

Table on Contents

1)

2)

4) These defendants changed my environment and knowingly radiated every person in the State of CT; the bribes paid and collected were for self-enrichment from public fi=funds creating unprecedented debt during a respiratory pandemic.

5) There environmental behavioral disorder studies in in cattle measures effects seen at 20 uW/m2 peak power and pulsation causing cellular injury.

6) There are brain cognitive performance in humans seen at 20uW/me.

7) 30 mW disrupts cardiac function and increases in Glioma(brain cancer including penetrating non-ionizing radiation is a known carcinogen.

8)

9) These enablers plan to decrease the population for a One World Order and used a forced vaccination with untold, unapproved reckless authority. This violates the preamble of the Constitution, violates the General welfare and are in fact crimes against humanity.

10) Each and every wireless carrier denied every independent study on the Health Risks.

11) The 5G exposure to water changes its structure.

12) 5G exposure causes hundreds of side effects and the long-term effects are frightening. Richard Blumenthal US Senator FDA and FCC Corruption. Taking Money for the absence of independent studies on 5G. 2/6/2019. Network of small cell sites and is aware of health and Public Safety/closer to the ground a failure to Americans. RF of cell phone.

13) The 1999 study 5G study proved the biological effect of cancer. George Carlos Cell phone study even bacteria become resistance to antibiotics.

14) The actions violate CGS 53-393Connecticut Corrupt Organizations and racketeering ACT. PURA is a Co-Conspirator.

15) Title 18 USC Title 241 Conspiracy against rights Title 18 USC Section 242 Deprivation of Rights under Color of Law.

16) Human sperm/fertility is reduced at low exposures. The Neurological impacts are astounding. We have a 1000% increase in neurological disorders.

17) Under Title 9 the Hobbs Act 18 USC 1951; this is robbery and potentially genocide, robbery, and extortion (including crimes against humanity) affecting interstate and foreign commerce.

18) The Defendants violated the Administrative Procedures Act Title 5 USC 551 through 559 without seeking a single approval to radiate CT.

19) Governor Ned Lamont used executive authority during a pandemic and further weakened every citizens' immune system forcing not only the vaccine but also radiation.

20) Blumenthal merely echoed the shared narrative and accepted payments from 17 carriers.

21) The Defendants relied on the FCC and FDA to say that the technology based on a 24-year-old study to say it was safe with full knowledge that it is extremely dangerous.

22) Lobbyists for special interest are leaving out critical statements of fact and are untrustworthy. The relationship with the legislature is compromised.

23) The FCC letter dated June 17, 2020 completely ignores the documented health effects of 5G., Compensating the campaign coffers by special interest as hundreds of thousands of antenna are built with borrowed taxpayer Money.

24) Charter communications paid bribes to Richard Blumenthal of $60,100 over time to place CT residents at Risk.

25) Senator Blumenthal accepted bribes with the known risk of the role out of 5G wireless, while claiming it was unknown.

26) CT Senators and General assembly members pushed legislation while accepting bribes and campaign contributions involving PURA and 50-million-dollar bonuses through Eversource, its Chairman and has made them rich. Since 1996. Millimeter waves threaten the ecology, the food chain, insects, short term expose and long term exposures. The FCC is unwilling to protect the public.

27) Kelley Drye and warren contributed 17350 to Richard Blumenthal as bank America robbed Plaintiff Flynn. KDW is bank America's Attorney and falsely claimed to be Flynn's Attorney. Planned Parenthood gave him 10,600.

28) The Municipalities took an oath of Protection and Safety. These oaths were broken and they are financially compensated and is quite frankly a massive experiment on the population. 56 billion is being spent on the rollout but nothing on its undisclosed effects,

29) The FCC and WHO (World health Organization) determined that 5G was safe. There is a large Body of Public that research found ample evidence of the adverse effects from Wireless radiation. No proof of safety exists especially to the unborn, for the infirmed and elderly for non-ionizing electromagnetic exposure.

30) Wifi, RF Radiation is not allowed in Italian Kindergartens, because they want their kids to be fertile. 5G subjects citizens to wider bands of radiation, from 1Ghz to 300ghz, (One through 6 Ghz is known to cause immune system, eye damage, and many health risks). Pathogens will be resistant to antibiotics, potentially another bio-weapon. Magnetic fields allow other magnetic fields to penetrate further and further, the combination has untold risk.

31) 244 Scientists from 44 Countries maintain along with 400 Medical Doctors recommend a Moratorium on the 5G rollout. 1G to 4G uses 1to 5 Gigahertz "Ghz"

32) 60 Ghz is known to absorb oxygen. A mini cell tower is expected to be placed every 2 to 6 houses in America. 5G penetrates cement and causes mutation. Quantum entanglement is a problem, and a national security risk. There are uses with nanotechnology in Mrna vaccines including emergency use by the us FDA/lipid nanoparticles. Furthermore these items are untested.

33) Brain injury experts maintain chronic inflammatory syndrome, bio effects of cancer neurological dysfunction, cardiac dysfunction, immune suppression, reproductive harm., immune compromise, and cancer. Ct has set thew limit on 5G radiation to 600, while 10 fries your sperm, 11 causes genetic mutation, retinal detachment and severe consequences,

34) Studies indicate for example that 70,000 people at the men's NCAA basketball tournament had a down load speed of 860 at ATT for all 70,000 people in the New Orleans, Louisiana arena, but what was the risk?

35) Exposure to high intensity electro-magnetic wavelengths, as a known guideline, Pulse Radiation needs to be time limited not continuous.

36) Prolonged exposure lacking consent will circumvent all protections of the State and Federal Constitution causing Trauma.

37) 180 scientists in the European Union have called for 36 countries have asked for as moratorium on 5G in Europe until further studies have been taken on

just the short term effects (depression, anxiety) of RF Radiation (up to 300 Ghz).

38) RF is an environmental pollution, affecting the birds and the bees.

39) Asbestos exposure kills 107,000 people annually worldwide.

40) Decades of 2G, 3G, and 4G RF are now being dwarfed by 40 to 60 times radiation levels by 5G RF radiation dramatically increasing 5G 'electromatic hypersensitivity'.

41) The rollout of 5G will create twice the radiation of the sun. Effects of the skin which absorbs 90% of the radiation. Sweat glands are more conductive. As an environmental concern, %G will kill the environment.

42) Effects on the eyes causes lens opacity and cataracts and in Chicken Embryo retinal differentiation.

43) Effects on the Heart. Impacts heart rate variability. Changes the heart rate in frogs,

44) Immune systems have a profound effect on immunity. Microwaves reduce sensitivity to antibiotics, and antibiotic resistance, to roll this out during a pandemic is suicide.

45) Microwave radiation is absorbed by plants in our food supply.

46) Water is irradiated seeds exposed to radiation led to leaves showing proven necrosis. Oxigen is affected.

47) Indication is that 5G will be particularly harmful to plants and crops causing starvation.

48) Effects on the Atmosphere effecting Ozone.

49) There are aviation implications, indication is that 5g will cause aviation crashes and altimeter malfunction.

50) Effects on the Natural Ecosystem bird populations, egg laying, and a declining bee population.

51) RF is linked to Sensory Disorders. Sleep disorders, Congenital Abnormalities, Pre-cancerous Condition.

Therefore, The Plaintiffs (potentially 3.5 millionCT redidents) request judgment and damages ad infinitum.

a) Restricting cellular access for 5G to hospitals, to schools, nursing homes for the immune system impaired, to public large gathering places which need direct wire especially densely packed areas withing the Constitution state.

a) Restricting cellular access for 5G to hospitals, to schools, nursing homes for the immune system impaired, to public large gathering places which need direct wire especially densely packed areas withing the Constitution state.
b) Motion for Moratorium for concentrations of WIFI-RF radiation.
c) Referral for criminal prosecution subjecting high risk categories of Ct residents to immense exposure to radiation.

Punitive damages for each Citizen Attached due to CGS 42 110a

And such other relief.

d) Breach of Oath Office by Politicians.
e) Attorney Fees CGS 21-86:

Plaintiff John J. Flynn

Plaintiff Sui Juris John J. Flynn 31 Quintard Ave Norwlak CT 06854  203-561-0840

Served through jgallup@optonline.net 203-969-0232

**BOARD OF ASSESSMENT APPEALS - APPLICATION TO APPEAL**

PURSUANT TO Sec. 12-111 of the Connecticut General Statutes, A WRITTEN APPLICATION TO APPEAL AN ASSESSMENT ON OR BEFORE MARCH 18, 2022.

PLEASE COMPLETE ALL SECTIONS OF THE APPLICATION OF APPEAL WITH AN ASTERISK (*). A SEPARATE APPLICATION IS REQUIRED FOR EACH PROPERTY APPEAL.

Applications must be sent to: Board of Assessment Appeals
C/O Assessor's Office
Town of Trumbull
5866 Main Street
Trumbull, CT 06611

Telephone: (203) 452-5016
Fax: (203) 452-5014
e-mail address: BAA@trumbull-ct.gov

*Property Owner
Name: [illegible]
Address: 222 [illegible]
City/State/Zip: [illegible]
Phone: 203-[illegible]
Email address: [illegible]

*Appellant/Attorney (If applicable)
Name:
Address:
City/State/Zip:
Phone:
Email address:

**Correspondence (If different from owner)
Name:
Address:
City/State/Zip:
Phone:
Email address:

*LIST NO: _____
□ Personal Property
□ Motor Vehicle
Map/Parcel ID: _____
Model: _____ YR ____

*Appellant's estimate of value: [illegible] ... I am being taxed for 4 bedrooms but has no [illegible] 100k (Attach documentation of value, if applicable)

*Signature of property [owner]
X [signature]

*DATE: 3/17/2022

Board of Assessment Appeals
Scheduled an appointment
Date action taken:

| | |
|---|---|
| Real Property-Land | |
| Building | |
| Miscellaneous | |
| Real Property-Total | |
| Motor Vehicle | |
| Personal Property | |

Notes:
Attest:

Petition Granted in Part: As Follows
Board of Assessment Appeals

Board of Assessment Appeals Member
Date Application Received:

Member
Decision Mailed:

# SUMMONS - CIVIL

JD-CV-1 Rev. 2-20
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a, 52-48, 52-259;
P.B. §§ 3-1 through 3-21, 8-1, 10-13

*Original*

For information on ADA accommodations, contact a court clerk or go to: www.jud.ct.gov/ADA.

SUPERIOR COURT
STATE OF CONNECTICUT
JUDICIAL DISTRICT
SUPERIOR COURT
STAMFORD/NORWALK
www.jud.ct.gov

APR 12 2022
CERTIFIED COPY
SEAL AFFIXED
BY _____ CLERK

**Instructions are on page 2.**

☐ Select if amount, legal interest, or property in demand, not including interest and costs, is LESS than $2,500.
☐ Select if amount, legal interest, or property in demand, not including interest and costs, is $2,500 or MORE.
☒ Select if claiming other relief in addition to, or in place of, money or damages.

**TO: Any proper officer**
By authority of the State of Connecticut, you are hereby commanded to make due and legal service of this summons and attached complaint.

| Address of court clerk (Number, street, town and zip code) | Telephone number of clerk | Return Date (Must be a Tuesday) |
|---|---|---|
| ☒ Judicial District ☐ Housing Session  G.A. Number: ___  At (City/Town) 123 Hoyt St. Stamford CT. | ( ) - | 7/26/2022 |

Case type code (See list on page 2) Major: P90  Minor: ___

**For the plaintiff(s) enter the appearance of:**

| Name and address of attorney, law firm or plaintiff if self-represented | Juris number (if attorney or law firm) |
|---|---|
| X | Pro Se |

Telephone number: (203) 81-0840
Signature of plaintiff (if self-represented): [signature]

The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book. ☐ Yes ☐ No

E-mail address for delivery of papers under Section 10-13 of the Connecticut Practice Book (if agreed)

| Parties | Name (Last, First, Middle Initial) and address of each party | |
|---|---|---|
| First plaintiff | John J Flynn 31 Quintard Ave Norwalk CT 06854 | P-01 |
| Additional plaintiff | John Doe. Self Represented. | P-02 |
| First defendant | Verison. 55 Westport Ave Norwalk Ct. 06851 | D-01 |
| Additional defendant | Richard Blumenthal 915 Lafayette Blvd Bridgeport CT 0660 | D-02 |
| Additional defendant | Bob Duff. 50 Toilsome Ave Norwalk Ct 06851 66477 | D-03 |
| Additional defendant | Themis Klarides 284 South Lambert Rd Orange CT | D-04 |

Total number of plaintiffs: ___  Total number of defendants: ___  ☐ Form JD-CV-2 attached for additional parties

## Notice to each defendant

1. **You are being sued.** This is a summons in a lawsuit. The complaint attached states the claims the plaintiff is making against you.
2. To receive further notices, you or your attorney must file an *Appearance* (form JD-CL-12) with the clerk at the address above. Generally, it must be filed on or before the second day after the Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to appear.
3. If you or your attorney do not file an *Appearance* on time, a default judgment may be entered against you. You can get an *Appearance* form at the court address above, or on-line at https://jud.ct.gov/webforms/.
4. If you believe that you have insurance that may cover the claim being made against you in this lawsuit, you should immediately contact your insurance representative. Other actions you may take are described in the Connecticut Practice Book, which may be found in a superior court law library or on-line at https://www.jud.ct.gov/pb.htm.
5. If you have questions about the summons and complaint, you should talk to an attorney.
**The court staff is not allowed to give advice on legal matters.**

| Date 5/26/22 | Signed (Sign and select proper box) [signature] | ☒ Commissioner of Superior Court ☒ Assistant Clerk | Name of person signing [signature] |
|---|---|---|---|

**If this summons is signed by a Clerk:**
a. The signing has been done so that the plaintiff(s) will not be denied access to the courts.
b. It is the responsibility of the plaintiff(s) to ensure that service is made in the manner provided by law.
c. The court staff is not permitted to give any legal advice in connection with any lawsuit.
d. The Clerk signing this summons at the request of the plaintiff(s) is not responsible in any way for any errors or omissions in the summons, any allegations contained in the complaint, or the service of the summons or complaint.

For Court Use Only
File Date

| I certify I have read and understand the above: | Signed (Self-represented plaintiff) [signature] | Date | Docket Number FSTCV225026903 |
|---|---|---|---|

Page 1 of 2

# EXHIBIT B

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN J. FLYNN ET AL., | : |
|     Plaintiffs, | : |
| | : |
| v. | : |
| | : |
| VERIZON WIRELESS ET AL., | : |
|     Defendants. | : |

### CERTIFICATION OF SCOPE OF EMPLOYMENT
### PURSUANT TO 28 U.S.C. § 2679

I, Michelle L. McConaghy, am an Assistant United States Attorney and the Civil Chief, United States Attorney's Office, District of Connecticut. I have the authority to make scope of employment determinations pursuant to 28 U.S.C. § 2679(d)(1).

I have read the complaint filed in the State of Connecticut Superior Court, Judicial District of Fairfield at Stamford, styled *John J. Flynn et al. v. Verizon Wireless et al.*, Docket No. FS1 FST-CV22-5026903-S. On the basis of that review and of other information of which I am aware, I hereby certify that Richard Blumenthal was acting within the scope of his employment as a United States Senator at the time of the incident(s) out of which the plaintiff's claims arose.

08/02/2022
DATE

                          MICHELLE L. MCCONAGHY
                          ASSISTANT U.S. ATTORNEY
                          CHIEF, CIVIL DIVISION